IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC<br><br>*Plaintiff,*<br><br>v.<br><br>EUGENIE BEDELL,<br><br>*Defendant.* | Civil No. 1:18-cv-00010<br><br>Hon. Liam O'Grady |

## ORDER

This matter comes before the Court on the parties' Stipulation of Dismissal. This case is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorneys' fees.

It is **SO ORDERED.**

April 30 2018
Alexandria, Virginia

Liam O'Grady
United States District Judge